

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-82,221-01

### EX PARTE ELTON RANKIN, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. 1235884 IN THE 174th DISTRICT COURT
### FROM HARRIS COUNTY

*Per curiam*.

### O P I N I O N

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of burglary of a habitation with intent to commit theft and sentenced to life imprisonment. The First Court of Appeals affirmed his conviction. *Rankin v. State*, No. 01-10-00730-CR (Tex. App.—Houston [1st Dist.], delivered July 7, 2011, no pet.).

Applicant contends that his appellate counsel rendered ineffective assistance because counsel failed to timely notify Applicant that his conviction had been affirmed.

The Applicant included prison mail logs in support of his claim for relief in this case and appellate counsel filed an affidavit with the trial court. Based on the record before us, we find that Applicant is entitled to relief. *Ex parte Wilson*, 956 S.W.2d 25 (Tex. Crim. App. 1997).

We find, therefore, that Applicant is entitled to the opportunity to file an out-of-time petition for discretionary review of the judgment of the First Court of Appeals in Cause No. 01-10-00730-CR that affirmed his conviction in Cause No. 1235884 from the 174th District Court of Harris County. Applicant shall file his petition for discretionary review with this Court within 30 days of the date on which this Court's mandate issues.

Delivered: October 29, 2014
Do not publish